Certificate Number: 01401-PAE-DE-027860172

Bankruptcy Case Number: 11-15762


01401-PAE-DE-0278601722

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2016, at 4:33 o'clock PM EDT, Leelamma V Mathew completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 4, 2016                          By:    /s/Jeremy Lark

                                                Name:  Jeremy Lark

                                                Title: FCC Manager