United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-15762-sr
Leelamma V. Mathew                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2           Date Rcvd: Dec 16, 2016
                              Form ID: 138NEW           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
```
db             +Leelamma V. Mathew,    6017 Lawndale Ave.,    Philadelphia, PA 19111-5723
12495820       +Goldbeck McCafferty & McKeever,    Suite 5000 - Mellon Indpendence Ctr.,    701 Market Sts.,
                 Attn:  Bankruptcy Dept.,    Philadelphia, PA 19106-1538
12495821       +HOUSING AND URBAN DEVELOPMENT,    2488 E. 81ST STREET, SUITE 700,    ATTN: BANKRUPTCY DEPT.,
                 Tulsa, OK 74137-4267
12495822       +Lisa Mathew,    6017 Lawndale Ave.,    Philadelphia, PA 19111-5723
12495823       +U.S. BANK NATIONAL ASSOCIATION FOR THE,    PA HOUSING FINANCE AGENCY,    211 N. FRONT STREET,
                 ATTN: BANKRUPTCY DEPT.,    Harrisburg, PA 17101-1406
13664401       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:57:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:55:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12576355        E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:57:09     City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12495819        E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:57:10     City of Philadelphia - Law Department,
                 One Parkway Building, 15th floor,    1515 Arch Street,
                 Philadelphia, PA 19102-1595
12540882        E-mail/Text: ebn@vativrecovery.com Dec 17 2016 01:55:27     Palisades Acquisition IX LLC,
                 Vativ Recovery Solutions, LLC dba SMC,    As agent for Palisades Acquisition IX LL,
                 PO Box 40728,   Houston, TX 77240-0728
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12603315*        Palisades Acquisition IX LLC,    Vativ Recovery Solutions, LLC dba SMC,
                  As agent for Palisades Acquisition IX LL,    PO Box 40728,    Houston, TX 77240-0728
12637873*       +U.S. Bank National Association,    for the PA Housing Finance Agency,    211 N. Front Street,
                  Attn:  Bankruptcy Dept.,    Harrisburg, PA 17101-1406
12637874*       +U.S. Bank National Association,    for the PA Housing Finance Agency,    211 N. Front Street,
                  Attn:  Bankruptcy Dept.,    Harrisburg, PA 17101-1406
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              MICHAEL A. LATZES    on behalf of Debtor Leelamma V. Mathew efiling@mlatzes-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Dec 16, 2016
                              Form ID: 138NEW           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leelamma V. Mathew
    Debtor(s)

Bankruptcy No: 11−15762−sr
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>  900 Market Street
>  Suite 400
>  Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/16/16

65 − 64
Form 138_new